```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
CARLTON KNOWLES, ON BEHALF OF    :
HIMSELF AND ALL OTHER PERSONS    :
SIMILARLY SITUATED,              :
                                 :   No.: 1:25-cv-4115
             Plaintiffs,         :
                                 :   NOTICE OF VOLUNTARY
       v.                        :   DISMISSAL
                                 :
NEW JERSEY PERFORMING ARTS       :
CENTER CORPORATION,              :
                                 :
             Defendant.          :
------------------------------ x
```

Plaintiff(s), CARLTON KNOWLES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, NEW JERSEY PERFORMING ARTS CENTER CORPORATION.

Dated:   New York, New York
         Sept. 22, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Michael A. LaBollita
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:                                    Dated: September 23, 2025

_____
Ronnie Abrams
United States District Court Judge